| | |
|---|---|
| 1  CRAIG H. MISSAKIAN (CABN 125202)<br>   United States Attorney<br>2<br>   MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  ABRAHAM A. SIMMONS (CABN 146400)<br>   Assistant United States Attorney<br>5<br>   450 Golden Gate Avenue, Box 36055<br>6  San Francisco, California 94102-3495<br>   Telephone: (415) 436-7264<br>7  FAX: (415) 436-7234<br>   Abraham.Simmons@usdoj.gov<br>8<br>   Attorneys for United States of America | **FILED**<br><br>Aug 15 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>MICHAEL AGUILERA-CABRERA,<br><br>　　　Defendant. | NO.:　　3:25-mj-70993 MAG<br><br>MOTION FOR SEALING ORDER<br><br>**UNDER SEAL** |

The United States, by and through its counsel, Assistant United States Attorney ABRAHAM A. SIMMONS, moves this Court for an order sealing the government's application for a sealing order, the sealing order, complaint in the above-captioned matter, affidavit submitted in support of the complaint, arrest warrant, and all attachments in the above-referenced investigation. Disclosure of the specified documents might jeopardize the progress of this ongoing investigation that is neither public nor known to unidentified co-conspirators of the investigation.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be

1  permitted to share these documents as necessary to comply with its discovery obligations, and with the
2  United States Drug Enforcement Administration and any federal, state, and local law enforcement
3  agency involved with the investigation.
4
5  DATED: August 14, 2025                              Respectfully submitted,
6                                                     CRAIG H. MISSAKIAN
                                                      United States Attorney
7
8                                                          */s/ Abraham Simmons*
9                                                     ABRAHAM A. SIMMONS
                                                      Assistant United States Attorney
10