| | |
|---|---|
| 1  CRAIG H. MISSAKIAN (CABN 125202)<br>    United States Attorney<br>2<br>    MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  ABRAHAM A. SIMMONS (CABN 146400)<br>    Assistant United States Attorney<br>5<br>        450 Golden Gate Avenue, Box 36055<br>6       San Francisco, California 94102-3495<br>        Telephone: (415) 436-7264<br>7       FAX: (415) 436-7234<br>        Abraham.Simmons@usdoj.gov<br>8<br>    Attorneys for United States of America | **FILED**<br><br>Aug 15 2025<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.:   3:25-mj-70993 MAG |
|     Plaintiff, | ) | SEALING ORDER |
|  v. | ) | **UNDER SEAL** |
| MICHAEL AGUILERA-CABRERA | ) | |
|     Defendant. | ) | |

Upon motion of the United States and good cause having been shown, IT IS HEREBY ORDERED that the government's application for a sealing order, the sealing order, complaint in the above-captioned matter, affidavit submitted in support of the complaint, arrest warrant, and all attachments in the above-referenced investigation, shall be filed under seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary to comply with its discovery obligations, and with U.S. Drug Enforcement Administration and all federal, state, and local law enforcement agency involved with the on-going

1  investigation.

2  IT IS SO ORDERED.

3  DATED: August 14, 2025

_____
HON. SALLIE KIM
United States Magistrate Judge